# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2082
LT Case No. 2015-CF-001533-A

_____

WILFREDO PEREIRA,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Hernando County.
Daniel Burrell Merritt, Jr., Judge.

Wilfredo Pereira, Miami, pro se.

No Appearance for Appellee.

January 8, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____